UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                              Case No.    13-61998
John W Unger                                        Chapter     13
                                                    Judge       Shefferly

Ethlyn M Unger

                          Debtor(s)
_____/

## ORDER CONFIRMING PLAN

      The Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. 1325(a) are met.

      Therefore, IT IS HEREBY ORDERED that the Debtor(s) Chapter 13 plan, as last amended, if at all, is confirmed.

      IT IS FURTHER ORDERED that the claim of Caralyce M. Lassner, JD, PC, Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $<u>BY APPLICATION</u> in fees and $<u>BY APPLICATION</u> in expenses and that the portion of such claim which has not already been paid, to-wit: $<u>BY APPLICATION</u> shall be paid by the Trustee as an administrative expense of this case.

      IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

      All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. 502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

      IT IS FURTHER ORDERED as follows:

- [x] The Debtor shall remit 100% of all tax refunds received or entitled to after confirmation of the case, and shall not alter any withholding deductions/exemptions without Court approval.
- [x] Class Nine General Unsecured Claims shall be paid 100%.
- [x] In the event that Debtors' Plan is subsequently amended to provide for less than 100% payment on all allowed general unsecured claims, Creditor Huntington National Bank reserves the right to object to the dischargeability of any debt remaining owed to it on Debtors' account ending 5787.
- [x] The claims of Alliance Credit Union, filed as Claim 1 and Claim 2 on the Court's claims register, shall be paid as secured claims in Class Five (2), pursuant to their duly filed claims.
- [x] Creditor, City of Royal Oak's, claim, filed as Claim 10 with the Court, shall have an arrearage claim in the amount of $163.44, to be treated in Class Four (4), pursuant to their duly filed amended claim.
- [x] Debtors' plan payment shall increase to $1747.00 per month, effective with the first payment due on or after August 5, 2014.

[x]     The Trustee shall pay the second mortgage of Ocwen Loan Servicing at the rate of $1061.06 per month, pursuant to the loan modification, effective September 1, 2014.

**DATED:** _____

Stipulated and approved as to form and content:

| /s/ Thomas D. DeCarlo | /s/ Caralyce M. Lassner |
|---|---|
| Thomas D. DeCarlo (P65330) | Caralyce M. Lassner (P59245) |
| Attorney for Chapter 13 Trustee | Caralyce M. Lassner, JD, PC |

Objections Withdrawn:                                           Objections Withdrawn:

/s/ Panayiotis D. Marselis    (with consent)                    /s/ Christopher E. Frank    (with consent)
Panayiotis D. Marselis (P66572)                                 Christopher E. Frank (P67169)
Counsel for Huntington National Bank                            Counsel for Alliance Catholic Credit Union

Objections Withdrawn:                                           Objections Withdrawn:

/s/ Brandon J. Wilson  (with consent)                           /s/ Brett A. Border  (with consent)
Brandon J. Wilson (P73042)                                      Brett A. Border (P65534)
Counsel for City of Royal Oak                                   Counsel for Wells Fargo Bank, NA as Trustee for GMAC
                                                                (Ocwen, second mortgage)

/s/ John W. Unger
John W. Unger

/s/ Ethlyn M. Unger
Ethlyn M. Unger

.

**Signed on August 08, 2014**

                                    **/s/ Phillip J. Shefferly**
                                    **Phillip J. Shefferly**
                                    **United States Bankruptcy Judge**