**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In re:

JOHN W UNGER
ETHLYN M UNGER

                    Debtors

Case No: 13-61998-PJS
CHAPTER 13
Judge: PHILLIP J. SHEFFERLY

## TRUSTEE'S NOTICE THAT PLAN IS NO LONGER ADEQUATELY FUNDED

Please take notice that Your Plan is no longer adequately funded to complete within the current Plan term. The Trustee estimates that the plan payment needs to be increased to **$1,869.11** per **MONTH**.

## NOTICE TO DEBTORS

**You are encouraged to contact Your attorney to perform a complete review of Your case to determine the full status of Your case and what must be done in order for You to successfully complete your Chapter 13 Plan and obtain a Discharge. There may be alternatives other than increasing the amount of Your Plan payment that would still allow your case to complete timely.**

**Making all future payments at the amount set forth above *DOES NOT* guarantee that you will receive a discharge at the end of the term of Your confirmed Chapter 13 Plan (as modified, if at all).**

**Other issues that may adversely impact the completion of this Plan include:**

**1.  Any delinquency in Plan payments existing as of the date of this Notice;**

**2.  Any future delinquencies in Plan payments;**

**3.  Failure to remit any required Income Tax Refunds;**

**4.  Claims filed for amounts greater than scheduled;**

**5.  Future applications for compensation filed by counsel.**

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
David Wm. Ruskin, Chapter 13 Standing Trustee

Dated: January 21, 2015

/s/ Lisa K. Mullen

LISA K. MULLEN (P55478)
THOMAS D. DECARLO (P65330)
26555 Evergreen Road  Ste 1100
Southfield, MI 48076-4251
Telephone (248) 352-7755

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

In re:

JOHN W UNGER
ETHLYN M UNGER

               Debtors

Case No: 13-61998-PJS
CHAPTER 13
Judge: PHILLIP J. SHEFFERLY

## CERTIFICATE OF SERVICE OF TRUSTEE'S NOTICE THAT PLAN IS NO LONGER ADEQUATELY FUNDED

I hereby certify that on January 21, 2015, I electronically filed the TRUSTEE'S NOTICE THAT PLAN IS NO LONGER ADEQUATELY FUNDED with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

      Caralyce M Lassner Jd Pc
      8300 Hall Road
      Suite 201
      Utica, MI 48317

/s/ Deanna L. Thiel
Deanna L. Thiel
For the Office of the Chapter 13 Standing Trustee-Detroit
26555 Evergreen Road Ste 1100
Southfield, MI 48076-4251
(248) 352-7755